■ In the Matter of MICHAEL ANGELO D., Also Known as MICHAEL B., an Infant. ABBYANN D., Also Known as ABBY ANN D., Appellant; SHELTERING ARMS CHILDREN AND FAMILY SERVICES, INC., Respondent. [46 NYS3d 583]—

Order, Family Court, New York County (Clark V. Richardson, J.), entered on or about November 19, 2015, which, upon a finding of abandonment, terminated respondent mother's parental rights to the subject child, and transferred custody and guardianship of the child to petitioner agency and the Commissioner of Social Services for the purpose of adoption, unanimously affirmed, without costs.

The finding of abandonment was supported by clear and convincing evidence. The record demonstrates that respondent failed to communicate or visit with the child or the agency during the six months immediately preceding the filing of the petition (*see Matter of Amin Enrique M.*, 52 AD3d 316 [1st Dept 2008], *lv dismissed* 12 NY3d 792 [2009]).

The court providently exercised its discretion in denying respondent's request for a full dispositional hearing following its finding of abandonment, as such a hearing is not statutorily required (*see Matter of Keyevon Justice P. [Lativia Denice P.]*, 90 AD3d 477 [1st Dept 2011]). Concur—Tom, J.P., Renwick, Saxe, Feinman and Gesmer, JJ.